Entered on Docket
May 18, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed May 18, 2017

*M. Elaine Hammond*

M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Stuart Phillip Fishman and Julianna Lea Fishman<br><br>　　　　　　　　　　　Debtors. | Case No. 15-51592 MEH<br><br>Chapter 7 |
| Donna McLean,<br>　　　　　　　　　Plaintiff.<br>v.<br>Stuart Fishman et al,<br>　　　　　　　　　Defendants. | Adv. No. 15-05116<br><br>Date:　　May 17, 2017<br>Time:　　2:30 p.m.<br>Ctrm:　　3020 (San Jose) |

<u>ORDER DENYING REQUEST FOR JURY TRIAL</u>

Parties in the above-captioned adversary proceeding submitted briefs regarding Plaintiff's request for a jury trial in this case. The court held a hearing on the matter on May 17, 2017. Appearances were as stated on the record.

Discharge having been entered in the main case, only claims for non-dischargeability remain as viable claims that would not be subject to the discharge. To the extent that Plaintiff

1

seeks to have her claims regarding unlawful retaliation and wrongful termination subsumed into her non-dischargeability action, these claims may be brought at trial.

For the reasons herein, and for the reason stated in this court's detailed oral ruling, Plaintiff's request for a jury trial is hereby DENIED.

**END OF ORDER**

**COURT SERVICE LIST**

**Via ECF:**

All ECF Recipients